# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARCIAL A. AVILA,

        Plaintiff,

vs.                                  Case No. 06-4123-SAC

JOSTENS, INC.,

        Defendant.

## ORDER

On April 4, 2006, the court granted the plaintiff's motion (Doc. 10) for production of all records contained in the KHRC's investigative file pertaining to charges filed by plaintiff Marcial Avila's complaint with the KHRC, Case No. 27637-04, except such portions thereof which were of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff. The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff, to the undersigned for an *in camera* review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature, or attorney work product, and, therefore, not discoverable.

Copies of this Order shall be provided to all counsel of record and the KHRC.

IT IS SO ORDERED.

Dated this  27th  day of April, 2007, at Topeka, Kansas.

                                                   s/ K. Gary Sebelius  
                                                  K. Gary Sebelius  
                                                  U.S. Magistrate Judge